IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RUSSEL E. BURNS, et al.,

    Plaintiffs,

v.

R.C. KNAPP INC, et al.,

    Defendants.

_____/

No. C 13-05209 CW

ORDER RE DEFAULT

Default having been entered by the Clerk on February 28, 2014,

IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar. The Magistrate Judge shall prepare findings and recommendation on the motion.

IT IS FURTHER ORDERED that the Case Management Conference previously set for April 2, 2014 is continued to June 4, 2014.

Dated: 3/4/2014

CLAUDIA WILKEN
United States District Judge