IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSEL E. BURNS AND RICHARD PIOMBO, in their respective capacities as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS HEALTH ANBD WELFARE FUND; OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE, AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND; HEAVY AND HIGHWAY COMMITTEE; and OPERATING ENGINEERS LOCAL UNION No. 3 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL-CIO,<br><br>        Plaintiffs,<br><br>    v.<br><br>R.C. KNAPP INC, a California corporation; and RICHARD CHRISTOPHER KNAPP, individually,<br><br>        Defendants._____ | No. C 13-05209 CW<br><br>ORDER CONTINUING DEADLINE TO FILE MOTION FOR DEFAULT JUDGMENT |

    Based on the Plaintiffs' request for continuance of motion for default judgment, and GOOD CAUSE APPEARING, the currently set deadline for Plaintiffs to file a motion for default judgment against Defendant Richard Christopher Knapp is vacated, and against Defendant R.C. Knapp, Inc. is continued to May 14, 2014.

Dated: 3/17/2014

CLAUDIA WILKEN
United States District Judge