UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL E. BURNS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>R.C. KNAPP, INC., et al.,<br><br>    Defendants. | Case No. 13-cv-05209-CW   (KAW)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT JUDGMENT WITHOUT HEARING<br><br>Dkt. No. 42 |

On May 22, 2014, the Plaintiffs filed a motion for default judgment. (Dkt. No. 29.) Thereafter, the matter was referred to the undersigned for report and recommendation.

On June 24, 2014, Plaintiffs requested to have the motion taken under submission without hearing. (Dkt. No. 42.) That request is DENIED, and the Court will hold a hearing on the motion for default judgment on August 21, 2014.

IT IS SO ORDERED.

Dated: July 2, 2014

_____
KANDIS A. WESTMORE
United States Magistrate Judge