UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL E. BURNS in his capacity as Trustee of the Operating Engineers' Health and Welfare Trust Fund for Northern California; RICHARD PIOMBO in his capacity as Trustee of the Operating Engineers' Health and Welfare Trust Fund for Northern California; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS' HEALTH AND WELFARE FUND; OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURYMEN AFFIRMATIVE ACTION TRAINING FUND; HEAVY AND HIGHWAY COMMITTEE; and OPERATING ENGINEERS LOCAL UNION NO.3 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL-CIO, <br><br>  Plaintiffs, <br><br>   v. <br><br> R.C. KNAPP, INC., A California corporation; RICHARD CHRISTOPHER KNAPP, individually, <br><br>   Defendants. | Case No.  13-cv-05209-CW <br><br> **JUDGMENT** |

For the reasons set forth in Magistrate Judge Westmore's Report and Recommendation Re Amended Motion for Default Judgment filed May 22, 2014 and adopted by this Court,

IT IS HEREBY ORDERED AND ADJUDGED

That default judgment is entered against Defendants R.C. Knapp Inc. and Richard Christopher Knapp.  Plaintiff Russell E. Burns in his capacity as Trustee of the Operating Engineers' Health and Welfare Trust Fund for Northern California; Richard Piombo in his capacity as Trustee of the Operating Engineers' Health and Welfare Trust Fund for Northern California; Pension Trust Fund for Operating Engineers; Pensioned Operating Engineers' Health and Welfare

Fund; Operating Engineers and Participating Employers Pre-Apprenticeship, Apprentice and Journeyman Affirmative Action Training Fund; Heavy and Highway Committee; and Operating Engineers Local Union No.3 of the International Union of Operating Engineers, AFL-CIO shall recover from Defendants R.C. Knapp Inc. and Richard Christopher Knapp:

(1) unpaid contributions in the amount of $89,205.94;

(2) liquidated damages on the unpaid and late paid contributions in the amount of $56,099.73;

(3) interest on the unpaid and late-paid contributions in the amount of $9,055.28;

(4) in connection with the 2011-2013 audit, unpaid contributions in the amount of $18,787.56, liquidated damages in the amount of $1,604.18, interest in the amount of $1,202.09, and $1,176.00 fee for performing the audit;

(5) reasonable attorney's fees in the amount of $7,168.50; and

(6) costs in the amount of $530.71.

In addition, interest shall continue to accrue on amounts owed at a rate of 10% per annum, from April 30, 2014 until paid, and at post-judgment interest rates on the balance of the judgment.

Dated at Oakland, California, this 31st day of October, 2014.

Richard W. Wieking
Clerk, United States District Court

By: _____
Nikki D. Riley, Deputy Clerk to the
Honorable CLAUDIA WILKEN

2