Michele R. Stafford, Esq. (SBN 172509)
Erica J. Russell, Esq. (SBN 274494)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Tel: (415) 882-7900
Facsimile: (415) 882-9287
mstafford@sjlawcorp.com
erussell@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL E. BURNS, et al., as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> R.C. KNAPP, INC., et al., <br><br> Defendants. | Case No.: C13-5209 CW <br><br> **AMENDED JUDGMENT** |

For the reasons set forth in Magistrate Judge Westmore's Report and Recommendation Re Amended Motion for Default Judgment filed May 22, 2014 and adopted by this Court, and based upon Plaintiffs' Request for Entry of Amended Judgment filed December 3, 2014,

IT IS HEREBY ORDERED AND ADJUDGED

That an amended default judgment is entered against Defendant R.C. Knapp, Inc. <u>only</u>. Plaintiff Russell E. Burns in his capacity as Trustee of the Operating Engineers' Health and Welfare Trust Fund for Northern California; Richard Piombo in his capacity as Trustee of the Operating Engineers' Health and Welfare Trust Fund for Northern California; Pension Trust Fund for Operating Engineers; Pensioned Operating Engineers' Health and Welfare Fund; Operating Engineers and Participating Employers Pre-Apprenticeship, Apprentice and Journeyman Affirmative Action Training Fund; Heavy and Highway Committee; and Operating Engineers

Local Union No. 3 of the International Union of Operating Engineers, AFL-CIO shall recover from Defendant R.C. Knapp, Inc:

    (1) Unpaid contributions in the amount of $89,205.94;

    (2) Liquidated damages on the unpaid and late-paid contributions in the amount of $56,099.73;

    (3) Interest on the unpaid and late-paid contributions in the amount of $9,055.28;

    (4) In connection with the 2011-2013 audit, unpaid contributions in the amount of $18,787.56, liquidated damages in the amount of $1,604.18, interest in the amount of $1,202.09, and $1,176.00 fee for performing the audit;

    (5) Reasonable attorneys' fees in the amount of $7,168.50; and

    (6) Costs in the amount of $530.71.

In addition, interest shall continue to accrue on amounts owed at a rate of 10% per annum, from April 30, 2014 until paid, and at post-judgment interest rates on the balance of the judgment.

Dated:   12/8/2014

_____
UNITED STATES DISTRICT COURT JUDGE